**MICHAEL R. SALA, Petitioner**

**v.**

**AMERICAN SAMOA GOVERNMENT, DEPARTMENTS OF
PUBLIC SAFETY, HUMAN RESOURCES, and
LEGAL AFFAIRS, Respondents**

High Court of American Samoa
Appellate Division

AP No. 3-92

March 12, 1992

Before RICHMOND, Associate Justice, GOODWIN,* Acting Associate
Justice, MUNSON,** Acting Associate Justice, MAILO, Associate
Judge, and BETHAM, Associate Judge.

Counsel: For Petitioner, John L. Ward II
 For Respondents, Jennifer L. Joneson,
 Assistant Attorney General

Per Curiam:

 This petition is an interlocutory appeal in the midst of a
continuing administrative process. On February 25, 1992, the Director
of Human Resources wrote to petitioner Michael Sala, telling him that he
is to be terminated from his job as Deputy Commissioner of the

---

* Honorable Alfred T. Goodwin, Senior Circuit Judge, United States
Court of Appeals for the Ninth Circuit, serving by designation of the
Secretary of the Interior.

** Honorable Alex R. Munson, Chief Judge, United States District
Court for the Northern Mariana Islands, serving by designation of the
Secretary of the Interior.

Department of Public Safety, effective March 28, 1992, and that he has been suspended until that date. Through his attorney, Sala then requested a hearing before the Personnel Advisory Board, granted on March 4, 1992, and is scheduled to be heard on March 16, 1992.

Sala raises numerous objections to the procedures leading up to his termination. These need not be addressed by the Court at this time, however, because of our determination that we do not have jurisdiction over this appeal.

An interlocutory appeal of an agency action or ruling is available only under A.S.C.A. § 4.1040(c), which permits such review "only if review of the final agency decision would not provide an adequate remedy."

Judicial review of the final decision of the Personnel Advisory Board will provide Sala with the "adequate remedy" required by A.S.C.A. § 4.1040(c). Thus, this appeal is unripe, and the Court has no jurisdiction to decide the merits of the case at this time. The petition is therefore DISMISSED.